MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: Acadia.Senese@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-0356 MAG |
|     Plaintiff, ) | |
|     v. ) | **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| WALTER WANCEWICZ, ) | |
|     Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby moves to dismiss the above captioned Information against the defendant Walter Wancewicz without prejudice.

DATED: 4/13/2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
ACADIA L. SENESE
Assistant United States Attorney

//

NOTICE OF DISMISSAL
CR 03-0356 MAG

1 | The Court hereby grants leave to dismiss the above Information without prejudice.

2

3 DATED: 4/13/12

4                                           LAUREL BEELER
                                          United States Magistrate Judge

NOTICE OF DISMISSAL
CR 03-0356 MAG